IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHARLES DOMINGUEZ,

      Plaintiff,                       No. CIV S-06-0301 GEB KJM P

   vs.

DEPT. OF CORRECTIONS, et al.,

      Defendants.                <u>ORDER</u>

           Plaintiff is a California detainee proceeding pro se. Plaintiff seeks leave to proceed in forma pauperis. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

           Plaintiff brings this action as one for violation of civil rights under 42 U.S.C. § 1983. However, it appears this action is more properly construed as one for writ of habeas corpus under 28 U.S.C. § 2554. Accordingly, the court will direct the Clerk of the Court to re-designate this as an action under 28 U.S.C. § 2554.

           Plaintiff has requested the appointment of counsel. In light of the complexity of the legal issues involved, the court will appoint counsel. <u>See</u> 18 U.S.C. § 3006A(a)(2)(B); <u>see also</u> <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983).

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to designate this action as one for writ of habeas corpus under 28 U.S.C. § 2254.

2. Plaintiff's request to proceed in forma pauperis is granted.

3. Plaintiff's March 5, 2007 motion for the appointment of counsel is granted.

4. The Federal Defender is appointed to represent plaintiff.

5. The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender.

6. Plaintiff's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

7. A status conference is set for June 6, 2007 at 10:00 in Courtroom #26.

8. Plaintiff shall appear at the status conference by counsel and counsel shall be prepared to discuss the manner in which this action should proceed.

DATED: April 24, 2007.

_____
U.S. MAGISTRATE JUDGE

1
domi0301.110a

2