```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Plaintiff
RAYMOND CHARLES DOMINGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CHARLES DOMINGUEZ, ) | No. CIV S-06-0301 GEB KJM P |
| Plaintiff, ) | |
| v. ) | ORDER |
| DEPT. OF CORRECTIONS, et al., ) | |
| Defendants. ) | |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that MARYLOU HILLBERG, shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: June 15, 2007.

_____
U.S. MAGISTRATE JUDGE