IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHARLES DOMINGUEZ,

    Petitioner,                      No. CIV S-06-0301 GEB KJM P

   vs.

DEPT. OF CORRECTIONS, et al.,

    Respondents.                  ORDER

_____/

       Based upon the status report filed by counsel for petitioner on September 5, 2007, IT IS HEREBY ORDERED that:

       1. The status conference scheduled for September 12, 2007 is vacated; and

       2. Petitioner is granted sixty days within which to file an amended application for writ of habeas corpus and/or a motion asking that this action be held in abeyance pending the exhaustion of state court remedies with respect to certain claims.[1]

DATED: September 11, 2007.

                                     U.S. MAGISTRATE JUDGE

1 domi0301.111

---

[1] In her status report, counsel asserts she may seek discovery. A motion for discovery should not be filed until after the court has ordered service of petitioner's amended petition upon respondents under Rule 4 of the Rules Governing Section 2254 cases.

1