IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHARLES DOMINGUEZ,

      Petitioner,                    No. CIV-S-06-0301 GEB KJM P

     vs.

DEPT. OF CORRECTIONS, et al.,

      Respondents.          <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file an amended application for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's November 12, 2007 request for an extension of time is granted; and

      2. Petitioner shall file his amended application for writ of habeas corpus by November 28, 2007.

DATED: November 14, 2007.

_____
U.S. MAGISTRATE JUDGE

1
domi0301.111