IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHARLES DOMINGUEZ,

    Petitioner,               No. CIV-S-06-0301 GEB KJM P

  vs.

DEPT. OF CORRECTIONS, et al.,

    Respondents.           ORDER

                              /

        Petitioner has requested an extension of time to file an amended application for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's November 29, 2007 request for an extension of time is granted; and

        2. Petitioner's amended application for writ of habeas corpus filed December 2, 2007 is deemed timely.

DATED: December 4, 2007.

                                                  U.S. MAGISTRATE JUDGE

1
domi0301.111(2)