IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHARLES DOMINGUEZ,

    Petitioner,                    2:06-cv-0301-GEB-KJM-P

    vs.

DEPT. OF CORRECTIONS, et al.,

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 26, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed August 26, 2008, are adopted in full;

2. Respondents' motion to dismiss (#32) is granted;

3. Petitioner's amended petition for writ of habeas corpus is dismissed; and

4. Petitioner is granted leave to file a second amended petition for writ of habeas corpus.[1]

Dated: November 17, 2008

_/s/ Garland E. Burrell, Jr._
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Petitioner filed his second amended petition on September 25, 2008. Respondents need not take any action until directed to do so by the magistrate judge assigned to this case.