IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHARLES DOMINGUEZ,

        Petitioner,                              No. CIV S-06-0301 GEB KJM P

    vs.

CALIFORNIA DEPT. OF CORRECTIONS,
et al.,

        Respondents.                  ORDER TO SHOW CAUSE
_____/

        Petitioner is a state prisoner proceeding with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 7, 2009, respondents filed a motion to dismiss. Although petitioner is represented by counsel, and the docket shows that petitioner's counsel was served with the motion to dismiss, petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, the court will order that petitioner file an opposition, or otherwise show cause, within ten days, stating why respondents' motion to dismiss should not be granted.

        The motion to dismiss is currently set to be heard May 13, 2009. Because the motion has not yet been fully briefed, the hearing will be re-set for July 1, 2009.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner file an opposition, or otherwise show cause, within ten days of this order, stating why respondents' motion to dismiss should not be granted;

2. Respondents file a reply, if any, within seven days of service of the petitioner's opposition; and

3. The hearing on the motion to dismiss is re-set for July 1, 2009 at 10:00 a.m.

DATED: May 5, 2009.

_____
U.S. MAGISTRATE JUDGE

4
domi0301.46.hc