IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHARLES DOMINGUEZ

      Petitioner,                    No. CIV S-06-301 GEB KJM P

    vs.

STEPHEN W. MAYBERG, et al.

      Respondents.              ORDER

_____/

        Petitioner is proceeding with counsel with an application for writ of habeas corpus under 28 U.S.C. § 2254. The California Department of Corrections and Rehabilitation (CDCR), one of the respondents, filed a motion to dismiss that was heard and submitted on July 1, 2009. Pursuant to the court's instruction to counsel for CDCR at the hearing, IT IS HEREBY ORDERED that the CDCR will file any and all legible copies of documents related to the following:

        1.    The unit classification committee hearing held December 30, 2008, including but not limited to any document showing that petitioner was given notice of the hearing; and

        2.    The last classification committee hearing, or similar administrative review of petitioner's placement in the custody of the CDCR, that was held before the filing of the second

/////

1

amended petition in this case on September 25, 2008. Such documentation should include but is not limited to verification that petitioner was given notice of the hearing.

       IT IS FURTHER ORDERED that CDCR will submit the above-described documents no later than seven calendar days after the date of this order.

DATED: July 1, 2009.

_____
U.S. MAGISTRATE JUDGE

4
domi0301.oah.cdcr.wpd