IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHARLES DOMINGUEZ,

    Petitioner,                                 No. CIV S-06-0301 GEB KJM P

    vs.

DEPARTMENT OF CORRECTIONS, et al.,

    Respondents.                          ORDER

/

        Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 25, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a _de novo_ review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed January 25, 2010, are adopted in full;

3  2. The motions to dismiss (Docket Nos. 41 and 49) are denied without prejudice;

4  3. The second amended petition is dismissed for failure to state a claim on which
5  relief can be granted; and

6  4. Petitioner is allowed forty-five days in which to file a civil rights complaint
7  based on the claims and allegations asserted in the second amended petition.

Dated: March 31, 2010

GARLAND E. BURRELL, JR.
United States District Judge