IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHARLES DOMINGUEZ,

    Plaintiff,                    No. CIV S-06-0301 GEB KJM P

    vs.

STEPHEN W. MAYBERG, et al.,

    Defendants.              <u>ORDER</u>

          /

          Petitioner is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The court finds that appointment of counsel for petitioner for the limited purpose of assessing plaintiff's pro se claims and, if appropriate, drafting and filing a fifth amended civil rights complaint is warranted. Sujean Park, the court's Pro Bono Coordinator, has contacted Ellen Dove, an attorney on the court's pro bono panel, and asked if she would be willing to accept a limited purpose appointment; on November 10, 2010, Ms. Dove agreed to accept the appointment. Therefore, the court will appoint her as new counsel for the limited purpose of assessing petitioner's current pleading (i.e.,the fourth amended civil rights complaint, Docket No. 59) and, if appropriate, assisting petitioner in filing a fifth amended civil

1  rights complaint.  Petitioner and counsel will have forty-five days from the entry of this order in
2  which to file an amended pleading or notify the court that petitioner stands on the claims as pled
3  in his fourth amended civil rights complaint of July 8, 2010.
4             Accordingly, IT IS HEREBY ORDERED that:
5             1.  Ellen Dove is appointed as limited purpose counsel in the above entitled
6  matter.  This appointment is for the limited purpose of assessing petitioner's claims as pled in the
7  fourth amended civil rights complaint and assisting petitioner in drafting and filing a fifth
8  amended civil rights complaint, if petitioner and counsel deem it appropriate.
9             2.  Ellen Dove has forty-five days in which to file a fifth amended complaint on
10 petitioner's behalf or, in the alternative, to notify the court that plaintiff stands on the claims as
11 pled in the fourth amended civil rights complaint.  Ms. Dove's appointment will terminate when
12 defendants have filed an answer.
13            3.  Ellen Dove shall notify Sujean Park, at (916) 930-4278, or via email at
14 spark@caed.uscourts.gov, if she has any questions related to the appointment.
15            4.  The Clerk of the Court is directed to serve a copy of this order upon Ellen
16 Dove, 5325 Elkhorn Blvd. #160, Sacramento, CA, 95842.
17 DATED:  November 18, 2010.

_____
U.S. MAGISTRATE JUDGE

4
domi0301.31(c)