IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHARLES DOMINGUEZ,

    Plaintiff,                  No. CIV S-06-0301 GEB CKD P

    vs.

DEPT. OF MENTAL HEALTH, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 12, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis, except for the recommendation that Plaintiff cannot proceed on any state law claim against any defendant because he failed to allege that he first submitted a claim under the California Tort Claims Act ("CTCA"); Plaintiff

1

has alleged the following concerning his state claims: "[P]laintiff has submitted the necessary claims, exhausted his administrative remedies and/or is or was excused from doing so." (Fifth Amended Complaint ¶ 7, ECF No. 69.)

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 12, 2011, are adopted, except that Plaintiff's state claims are not dismissed;

2. All defendants other than the California Department of Mental Health and the California Department of Corrections and Rehabilitation are dismissed without prejudice.

Dated: March 6, 2012

GARLAND E. BURRELL, JR.
United States District Judge

3
domi0301.801