IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHARLES DOMINGUEZ

      Plaintiff,                    No. 2:06-CV-0301 GEB CKD P

   vs.

DEPARTMENT OF CORRECTIONS, et al.

      Defendants.           <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On May 3, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire

\\\\\

\\\\\

1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 3, 2012, are adopted in full.

2. The motion to dismiss (Docket No. 75) is granted without prejudice, and the Department of Mental Health is dismissed from this case.

Dated:  May 29, 2012

GARLAND E. BURRELL, JR.
United States District Judge

3
domi0301.805

---

[1] Plaintiff argues in his objections that if the court adopts the recommendation to abstain under Younger v. Harris, 401 U.S. 37 (1971), any dismissal should be without prejudice.  He is correct: because the court adopts the magistrate judge's recommendation that Younger abstention is appropriate, the dismissal will be without prejudice.  See Elwood v. Drescher, 456 F.3d 943, 948 (9th Cir.2006) (stating that "[a] dismissal based on Younger abstention signifies that the court declined to exercise jurisdiction; it makes no comment on the merits of the case, and does not 'materially alter[] the legal relationship between the parties'") (citation omitted).